# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WARDELL M. WILLIAMSON, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV 08-017-JHP-KEW |
| ) | |
| JUSTIN JONES, DOC Director, ) | |
| ) | |
| Respondent. ) | |

## ORDER AFFIRMING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On February 7, 2011, the United States Magistrate Judge entered her Report and Recommendation in regard to Petitioner's Petition for Writ of Habeas Corpus [Docket No. 11]. The Magistrate Judge recommended the petition be dismissed. Report and Recommendation at 4, Docket No. 11. The Petitioner has filed no objections to the Magistrate Judge's Report and Recommendation within the time prescribed by law. 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(a).[1]

This Court finds that the Report and Recommendation of the Magistrate Judge is supported by the record. Therefore, upon full consideration of the entire record and the issues

---

[1] The docket sheet demonstrates that a letter including the Report and Recommendation was sent from the Court Clerk of the Eastern District of Oklahoma to Petitioner and warden on February 7, 2011, when the Report and Recommendation was first entered. Docket No. 12. On February 11, 2011 the letter was "remailed to the correct address to petitioner and warden." Finally, on February 22, 2011, following a phone call confirming the location of Petitioner's detention, the letter was again remailed to the Frederick Community Work Center. *See* Docket entry, February 22, 2011. Petitioner has not returned the receipt acknowledging receipt of the Report and Recommendation. Allowing one week for mailing, and an additional two weeks for the filing of an objection, this Court establishes March 15, 2011 as the de facto date on which Petitioner's objections were due. At the time of this Order, Petitioner still has not objected.

presented herein, this Court finds and orders that the Report and Recommendation entered by the United States Magistrate Judge on February 7, 2011 be **AFFIRMED** and **ADOPTED** by this Court as its Findings and Order. Petitioner's Petition for Writ of Habeas Corpus is therefore **DISMISSED**.

**IT IS SO ORDERED this 23rd day of March, 2011.**

James H. Payne
United States District Judge
Eastern District of Oklahoma