✎AO450 (Rev. 5/85) Judgement in a Civil Case

# UNITED STATES DISTRICT COURT

EASTERN     DISTRICT OF     OKLAHOMA

WARDELL MAURICE WILLIAMSON, JR.

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:     CIV-08-17-JHP-KEW

JUSTIN JONES

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issued have been tried and the jury has rendered its verdict.

X **Decision by Court.** IT IS ORDERED AND ADJUDGED that this action is, in all respects, DISMISSED.

3/23/2011  
Date

WILLIAM B. GUTHRIE  
Clerk

s/ C.Trzcinski  
(By) Deputy Clerk